

*KSC/06.25.23*
RIG: USAO#2023R00078



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * **CRIMINAL NO.** SAG 23 cr 218 |
| **v.** | * |
| | * **(Conspiracy to Distribute and Possess** |
| **KAI EVANS,** | * **with Intent to Distribute Controlled** |
| and | * **Substances, 21 U.S.C. § 846; Aiding and** |
| **DEWAYNE HAYWOOD,** | * **Abetting, 18 U.S.C. § 2; and Forfeiture,** |
| | * **21 U.S.C. § 853, 28 U.S.C. § 2461)** |
| **Defendants.** | * |
| | * |
| | * |

### INDICTMENT

### COUNT ONE
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

Beginning in or about December 2021, and continuing through in or about February 2022,

in the District of Maryland and elsewhere, the defendants,

### KAI EVANS, and
### DEWAYNE HAYWOOD,

did knowingly and willfully combine, conspire, confederate, and agree with others known and

unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with

intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of

N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also known as fentanyl, a

schedule II controlled substance, and 5 kilograms or more of a mixture or substance containing a

detectable amount of cocaine, a schedule II controlled substance, in violation of 21 U.S.C. §§

841(a) and (b)(1)(A).

21 U.S.C. § 846

## FORFEITURE ALLEGATIONS

The Grand Jury further finds that:

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendants that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the Defendants' convictions.

### Narcotics Forfeiture

2.      Pursuant to 21 U.S.C. § 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in Count One, the Defendant convicted of such offense shall forfeit to the United States of America:

      a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense(s); and

      b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense(s).

### Substitute Assets

3.      Pursuant to 21 U.S.C. § 853(p), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the Defendants:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third person;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

      e. has been comingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the Defendant up to the value of the property charged with forfeiture in the paragraphs above.

21 U.S.C. § 853
28 U.S.C. § 2461

### Property Subject to Forfeiture

4.     The property to be forfeited includes, but is not limited to the following:

a.  $78,350 in U.S. currency seized during the execution of a search warrant at 39 Bayside Drive, Fredericksburg, Virginia, 22405, on or about February 25, 2022;

b.  an Anderson Manufacturing AM-15 5.56 Caliber Semi-Automatic rifle, Serial # 20266906 and a box of M855 ammunition seized during the execution of a search warrant at 39 Bayside Drive, Fredericksburg, Virginia, 22405, on or about February 25, 2022;

c.  a Ruger-57, 5.7 x 28mm semi-automatic pistol, serial number 642-04907 and three boxes of 5.7 x 28mm ammunition seized during the execution of a search warrant at 39 Bayside Drive, Fredericksburg, Virginia, 22405, on or about February 25, 2022;

d.  a Glock 43x, 9 mm semi-automatic pistol, serial number BPYC613 and a box of 9mm ammunition seized during the execution of a search warrant at 39 Bayside Drive, Fredericksburg, Virginia, 22405, on or about February 25, 2022

*Eric Barron* / R/ Sellars

Erek L. Barron
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

4

Foreperson
Date:  6|27|23